

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In the Matter of B.P., Jr., a Juvenile

No. 06-25-00050-CV

Appeal from the County Court at Law No. 1 of Gregg County, Texas (Tr. Ct. No. 6000-J). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find no error in the juvenile court's disposition order of March 14, 2024, and the juvenile court's order of transfer of May 15, 2025. We affirm the juvenile court's orders.

We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 10, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk